# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 08-12136 (BLS)
MOTOR COACH INDUSTRIES :
INTERNATIONAL, INC., et al., : (Jointly Administered)
:
Debtors. : **Objection Deadline: 11/10/08 by 4:00 p.m. (Eastern)**
: **Hearing Date: 11/18/08 at 10:30 a.m. (Eastern)**
------------------------------------------------------x

## NOTICE OF MOTION

The Official Committee of Unsecured Creditors (the "Official Committee") in the above-captioned cases has filed the attached *Application For Order Authorizing Employment of Chanin Capital Partners LLC as Financial Advisor for the Official Committee of Unsecured Creditors of Motor Coach Industries International, Inc., Nunc Pro Tunc to September 24, 2008* (the "Application").

You are required to file a response to the Application on or before **November 10, 2008 by 4:00 p.m. (Eastern).**

At the same time, you must also serve a copy of the response upon the Movant's attorneys:

| | |
|---|---|
| Robert J. Stark, Esq. | Steven K. Kortanek |
| Martin S. Siegel, Esq. | Womble Carlyle Sandridge & Rice, PLLC |
| Daniel Saval, Esq. | 222 Delaware Avenue, Ste. 1501 |
| Brown Rudnick LLP | Wilmington, DE 19801 |
| Seven Times Square | Ph: (302) 252-4363 |
| New York, NY 10036 | Fax: (302) 661-7728 |
| Tel: 212-209-4905 | skortanek@wcsr.com |
| Fax: 212-938-2893 | |
| rstark@brownrudnick.com | |
| msiegel@brownrudnick.com | |
| dsaval@brownrudnick.com | |

Jeremy B. Coffey, Esq.
One Financial Center
Boston, MA 02111
Ph: (617) 856-8200
Fax: (617) 856-8201
jcoffey@brownrudnick.com

A HEARING ON THE APPLICATION WILL BE HELD ON **NOVEMBER 18, 2008 AT 10:30 A.M. (EASTERN)** ONLY IF AN OBJECTION IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 23, 2008

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

　　　/s/ Matthew P. Ward　　　
Steven K. Kortanek (Del. Bar No. 3106)
Matthew P. Ward (Del. Bar No. 4471)
John H. Strock (Del. Bar No. 4965)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4320 (telephone)
(302) 252-4330 (facsimile)

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Daniel Saval, Esq.
Seven Times Square
New York, NY 10036
(212) 209-4800 (telephone)
(212) 209-4801 (facsimile)

-and-

Jeremy B. Coffey, Esq.
One Financial Center
Boston, MA 02111
(617) 856-8200 (telephone)
(617) 856-8201 (facsimile)

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*