UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                          Chapter 11

MOTOR COACH INDUSTRIES,                          Case No.: 08-12136 (BLS)
INTERNATIONAL, INC. et al.[1]
Debtors.                                         (Jointly Administered)

## DECLARATION OF BRENT C. WILLIAMS IN SUPPORT OF APPLICATON FOR ORDER AUTHORIZING EMPLOYMENT OF CHANIN CAPITAL PARTNERS AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTOR COACH INDUSTRIES INTERNATIONAL, INC. NUNC PRO TUNC TO SEPTEMBER 24, 2008

Brent C. Williams, under penalty of perjury, hereby declares as follows:

1.      I am a Managing Director at Chanin Capital Partners ("Chanin"), a

professional services firm engaged in the business of providing financial advisory and

related professional investment banking services, the corporate parent of which is Duff &

Phelps, LLC ("D&P"). I submit this affidavit on behalf of Chanin in support of the

Application (the "Application")[2] for Order Authorizing Employment of Chanin Capital

Partners as Financial Advisor for the Official Committee of Unsecured Creditors (the

"Committee") of Motor Coach Industries International, Inc. *nunc pro tunc* to September

24, 2008, and certain of its subsidiaries and affiliates and debtors and debtors in

possession in the above-captioned cases (collectively, the "Debtors") pursuant to sections

---

[1]  The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Motor Coach Industries International, Inc. (6940); MCII Holdings, Inc. (7238), MCI Financial Services, Inc. (3116), MCI Sales and Service, Inc. (4345), MCI Service Parts, Inc. (0647), MCII Financial Services II, Inc. (6658) and Motor Coach Industries, Inc. (7789). The Debtors' corporate offices are located at 1700 East Golf Road, Suite 300, Schaumburg, IL 60173.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

328(a) and 1103 of title 11 of the United States Code, 11 U.S.C §§ 101-1532 (as amended, the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (as amended, the Bankruptcy Rules") and Rule 2014-1 of the Local Rules of the Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules"). I have personal knowledge of the matters set forth herein, and if called as a witness, would testify competently thereto.

## QUALIFICATIONS OF PROFESSIONALS

2.      The Committee has selected Chanin as its financial advisor because of the firm's diverse experience and extensive knowledge in corporate restructurings and business reorganizations.

3.      The Committee believes that Chanin is well qualified and uniquely able to provide financial advisory services to it in these cases in an efficient manner. Moreover, Chanin has advised debtor and creditor committees in numerous restructuring transactions, including some of the largest and most complicated cases. Some of Chanin's more prominent recent creditor committee representations were in the following chapter 11 cases:

> Allied Holdings
> BHM Technologies Holdings, Inc.
> Birch Telecom, Inc.
> Citation Corporation
> Cable & Wireless USA, Inc.
> Collins & Aikman Corporation
> Dura Automotive Systems, Inc.
> Global Power Equipment Group, Inc.
> Neoplan USA
> O'Sullivan Industries
> Scotia Development LLC
> Washington Group International

4.     The Committee needs assistance in collecting and analyzing financial and other information in relation to these Chapter 11 cases. Chanin has considerable experience with rendering such services to committees and other parties in numerous Chapter 11 cases. As such, Chanin is qualified to perform the work required in these cases.

## SERVICES TO BE RENDERED

5.     The Committee anticipates that Chanin may render the following services in these cases:

(a)     Review and analyze the Debtors' operations, financial condition, business plan, strategy, and operating forecasts;

(b)     Analyze any merger, divestiture, joint-venture, or investment transaction;

(c)     Assist in the determination of an appropriate go-forward capital structure for the Debtors;

(d)     Assist the Committee in developing, evaluating, structuring and negotiating the terms and conditions of a restructuring or Plan of Reorganization (the "Plan"), including the value of the securities, if any, that may be issued to the Committee under any such restructuring or Plan;

(e)     Provide testimony, as necessary, before the bankruptcy court; and

(f)     Provide the Committee with other appropriate general restructuring advice and litigation support.

6.     Subject to this Court's approval of the Application, Chanin is willing to serve as the Committee's financial advisor and to perform the services described above.

## DISINTERESTEDNESS OF PROFESSIONALS

7.     Based upon the information supplied by Committee counsel, Chanin conducted an extensive review ("Conflict Check") of Chanin's and D&P's databases ("Connections Databases") to ascertain whether Chanin had any "connection" (as such term is used in Bankruptcy Rule 2014(a)) with the Debtors, their creditors, any other party in interest herein or their respective attorneys or accountants, to the extent any such entities were known at such time (the "Case Parties").

8.     Attached hereto as Schedule 1 is a list of Case Parties that were checked against the firms' Connections Databases, and then manually reviewed to identify any matters on which work was performed in the last 3 years. The list of Case Parties included the following categories of parties: Debtors and Affiliates; Officers and Directors; Letter of Credit Issuers/Beneficiaries; Secured Lenders; Ordinary Course Professionals; Indenture Trustee; Contracts (Significant Counterparties); Insurance Providers; Significant Customers; Significant Vendors; and Utilities.

9.     In addition, the Case Parties list was emailed or otherwise circulated to all Chanin professionals for further review, for the purpose of identifying connections.

10.     A copy of the results of Chanin's Conflict Check is annexed hereto as Schedule 2.

11.     Based on the Conflict Check described above, Chanin does not represent any other entity having an adverse interest in connection with these cases, and does not represent or hold an interest adverse to the interests of the estates with respect to the matter on which Chanin will be employed, in accordance with Section 328(c) and 1103(b) of the Bankruptcy Code.

4

12.     To the best of my knowledge and except as set forth on <u>Schedule 2</u> attached hereto, (a) Chanin has no connections with the Debtors, creditors, and any other party-in-interest, or their respective attorneys and accountants; and (b) the Chanin professionals working on this matter are not relatives of the United States Trustee of the District of Delaware of any known employee in the office thereof, or any United States Bankruptcy Judge of the District of Delaware.

13.     Chanin has been involved in a number of unrelated cases with various professionals involved in these cases, both in adverse and non-adverse roles.

14.     Moreover, Chanin has a well-known reorganization and restructuring practice, which encompasses the representation of many investors, financial institutions and other persons or entities, some of which may become creditors or parties in interest including, without limitation, potential acquirers of the Debtors' assets in these Chapter 11 cases. Furthermore, as part of its practice, Chanin appears in cases, proceedings, and transactions involving numerous attorneys, accountants, and financial advisors, some of which may represent the Debtors, creditors, or parties in interest, or themselves be creditors or parties in interest in these Chapter 11 cases. Chanin has not and will not represent any of these creditors, investors, potential acquirers, parties in interest, attorneys, accountants, financial advisors, or any other entity in connection with these Chapter 11 cases.

15.     Chanin has represented, currently represents, and may represent in the future the entities as described in <u>Schedule 2</u> as clients (or their affiliates), in matters unrelated to the Debtors. Also, Chanin represents, in unrelated matters, numerous entities, including entities listed on <u>Schedule 2</u> that buy and sell distressed debt of

Chapter 11 debtors. Because distressed bank and note debt is actively traded in the commercial markets, Chanin may be unaware of the actual holder of such debt at any given moment.

16. Contained in <u>Schedule 2</u> is a list of entities having current or recent relationships with D&P (in unrelated matters), with which Chanin has established an ethical wall in these cases (*i.e.* no sharing of information, personnel and facilities).

17. Chanin will file appropriate supplemental disclosure(s) with the Court to the extent that additional information concerning connections is discovered.

18. Notwithstanding the above, I believe Chanin is a disinterested person, and does not hold or represent an interest adverse to the Debtors' estates with respect to the matters for which Chanin is being employed, as required by Section 328(c) of the Bankruptcy Code.

<b>PROFESSIONAL COMPENSATION</b>

19. In accordance with Section 504 of the Bankruptcy Code, I hereby state that there is no agreement or understanding between Chanin and any other entity for the sharing of compensation received or to be received for services rendered in connection with these cases. These cases are likely to raise complex issues and the Committee will require financial advisors with extensive experience in insolvency and bankruptcy cases.

20. Chanin intends to apply to the Court for the reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules. Chanin has agreed to accept as compensation such sums as may be allowed by the Court. Chanin understands that interim awards are subject to final approval by this Court.

21.    The flat monthly rate of $150,000 to be charged to the Committee by Chanin is set within the range of compensation as compared to other professional services firms providing similar financial advisory and related investment banking services. It is Chanin's policy to charge its clients in all areas of practice for all other expenses incurred in connection with each client's engagement. The expenses charged to clients include, but are not limited to, reasonable travel expenses, computer and research charges, messenger services, and long distance telephone calls incurred by Chanin in connection with the services to be provided to the Committee. Chanin will charge for these expenses in a manner and at rates consistent with charges made generally to Chanin's bankruptcy and non-bankruptcy clients in a manner consistent with the Local Rules.

22.    Chanin, like other investment banking firms, is not the general practice of maintaining detailed time records similar to those customarily kept by attorneys. Chanin's restructuring professionals do as a practice, and in the Debtors' cases will as a practice, keep time records detailing and describing their daily activities, the identity of persons who performed such tasks and the amount of time expended on a daily basis. Chanin will record its time in increments of 1/10 of one hour. It is hereby requested that Chanin be authorized to file its fee applications in accordance with the streamlined time recording format outlined above.

23.    Based upon the foregoing, I respectfully submit that the requirements for the Committee's retention of Chanin have been met.

I have read the Application, and to the best of my knowledge, information and belief, the contents of said Application are true and correct.

Executed on October 3, 2008

_____
Brent C. Williams
Managing Director

SWORN TO AND SUBSCRIBED before me, a notary public on this _20th_ day of _October_ , 2008.

_____
Notary Public

ELIZABETH RAJU
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RA6046900
Qualified in New York County
Commission Expires August 21, 2010



8

# SCHEDULE 1

## Debtors and Affiliates

Frank Fair Industries Ltd.
Industria Norteamericana de Autobuses, S.A. de C.V.
MCI Financial Services, Inc.
MCI Sales and Service, Inc.
MCI Service Parts, Inc.
MCII Coaches, Inc.
MCII Financial Services II, Inc.
MCII Funding II, Inc.
MCII Funding III, Inc.
MCII Holdings (USA), Inc.
MCII Holdings, Inc.
MCIL Holdings, Ltd.
Motor Coach Industries International, Inc.
Motor Coach Industries Limited
Motor Coach Industries Manufactura, S.A. de C.V.
Motor Coach Industries Mexico, S.A. de C.V.
Motor Coach Industries, Inc.
Servicios Administrativos Motor Coach Industries Mexico, S.A. de C.V.
Servicios Sahagun, S.A. de C.V.
TMO Holdings of Canada, Ltd.

2

## Officers and Directors

Albert J. Fioravanti
Alexander R. Castaldi
Bryan Couch
Brent Maitland
Benjamin B. Abedine
Betty S. Herndon
Caroline Pusch
Christopher D. Motogawa
Craig D. Schuppe
David B. Schechtman
Dennis McCrary
Eugene A. Hall
Harold Zuschlag
J. Michael McIlwain
Jerry Cignarella
Jill A. Gordon
Kenneth Russell
Leonard J. Padula
Michael C. Chang
Michael P. Melaniphy
Michael R. Denny
Patricia A. Ziska
Paul Barron
Paul S. Levy
Peter E. Cotter
Peter M. Tully
Ramsey A. Frank
Robert D. Lessor
Sam St. Amour
Sandra J. Morison
Thomas Sorrells III
Timothy J. Nalepka
Todd D. Pankey
Virgil Hoogestraat

3

## Letter of Credit Issuers/Beneficiaries

ABN AMRO Bank, N.V.
Fifth Third Bank
GE Capital Fleet Services
General Electric Capital Corporation
Greater Toronto Transit Authority
Liberty Mutual Insurance Company
New York City Transit Authority
Stemmons Storey BTS, LLC
Transwestern Investment Company
Travelers Casualty & Surety

4

## Secured Lenders

A3 Funding LP
Abelco Finance LLC
Bank of New York
Bear Stearns Investment Products
Cerberus Capital Management, L.P.
Citibank, N.A.
Franklin Mutual Advisers LLC
General Electric Capital Corporation
Goldman Sachs Credit Partners, L.P.
Grand Central Asset HLD Series
Highland CR Strategies Fund
Highland Distressed Opportunities
Jefferies Buckeye Master Fund
Marathon Structured Finance Fund, L.P.
Merrill Lynch Capital Services, Inc.
Monarch Master Funding, Ltd.
Orix Finance Corporation
Textron Financial Corporation
Watershed Capital Inst. Partners
Watershed Capital Partners Offshore
Watershed Capital Partners, L.P.
Wells Fargo Foothill LLC

5

## Ordinary Course Professionals

Aikins, MacAulay & Thorvaldson LLP
Anderson Coe & King
Arnstein & Lehr
Ball Ball Matthews & Novak, P.A.
Banner & Witcoff
Barrera, Siqueiros y Torres Landa
Barros Pimentel Alcantara Gil Fernander Rodiquez
Barry Gardner & Kincannon
Bingham McHale LLP
Biodynamic Research Company
Block Markus Williams, LLC
Boyne Clarke
Breazeale, Sachse & Wilson, LLP
Buffaloe & Associates
Campero & Becerra, P.A.
Carl Figliola & Associates, Inc.
Casey Accounting & Finance
Cosgrave Verger Kester LLP
Deloitte & Touche LLP
Deloitte Tax LLP
Donald G. Sullivan
Dykema Gossett PLLC
Erickson Thorpe & Swainston, Ltd.
Fasken Martineau DuMoulin LLP
Fillmore Riley LLP
Fine, Wyatt & Carey
Fragomen, Del Rey, Bernsen & Loewy, LLP
Fridge & Resendez LLC
Gardener & Riechmann, Inc.
Getman & Birlya, LLP
Gilbertson Davis Emerson LLP
Goldberg & Alexander, P.C.
Hartline, Dacus, Barger, Dreyer & Kern, LLP
Henley, Lotterhos & Henley, PLLC
Hewitt Associates LLC
Hinsdale Law Firm, P.C.
Howe & Associates
Hunton & Williams LLP
Ice Miller
James Samuel McKnight
Jeffries, Olson, & Flom, PA
Jenkens & Gilchrist
Kadlec Engineering

6

Kantrovitz & Brownstein, P.C.
Kazen, Meurer & Perez, LLP
Kevane Grant Thornton LLP
Knott & Glazier LLP
KPMG Cardenas Dosal, S.C.
KPMG LLP
Lang Michener LLP
Lavin, O'Neil, Ricci, Edrone & DiSipio
Law Offices of James Bruce Minton
Law Office of Thomas K. Moore
Leitner Williams Dooley & Napolitan
Littler Mendelson
Lloyd and McDaniel
Locke Liddell & Sapp LLP
Lynch Rowin LLP
Lynn M. Suter & Associates
McDermott & Company
McGuire Woods LLP
McMahan & Sigunick, Ltd.
Miller Cooper & Co., Inc.
Moore Kershner LLC
Muller, Muller, Richmond, Harris & Myers, P.C.
Nelson Mullins Riley & Scarborough, L.L.P.
Newman, Mathis, Brady & Spedale
Novack, Burnbaum & Crystal
Ogilvy Renault
Owens Forensic Engineering, Inc.
Packer Engineering
Pat Plodzeen
Pitblado LLP
Poag & Kelly
Powers, Chapman, DeAgostino, Meyers & Milia
Public Private Strategies
Rhodes Hieronymus Jones Tucker & Gable, PLLC
Robinson & Cole LLP
Ron Hall & Associates
Seeley, Savidge & Ebert Co.
Seyfarth Shaw LLP
Shook, Hardy and Bacon LLP
Sisselman & Schwartz, LLP
Skadden, Arps, Slate, Meagher & Flom
Smart & Biggar
Smith Rhodes Stewart & Elder, PLLC
Squire, Sanders & Dempsey L.L.P.
Steingold & Angelidis, PLC
Stewart Management Company

7

Strasburger & Price L.L.P
Sugarman, Rogers, Barshak & Cohen, P.C.
Tapper Cuddy
Thomson Tax & Accounting
Towers, Perrin, Forster & Crosby, Inc.
Tucker Ellis & West LLP
Venable LLP
Vogel Law Firm
Wheeler Trigg Kennedy LLP
Winston & Strawn
Wood, Smith, Henning & Berman LLP

RLP1-3321570-2

## Indenture Trustee

The Bank of New York Trust Company, N.A.
HSBC

9

## Contracts (Significant Counterparties)

Air Brook Limousine Inc./Central Transit Lines, Inc.
Alcoa
Allison Transmission
Amaya Seating
American Check Management
American Express Company
American Seating Company
American Skybus Tours and Travel Inc
Arow Global, Inc.
AT&T
Autobuses Tierra Caliente, Inc.
Barry J. Flowers
Blue Ribbon Charters LLC
Caterpillar, Inc.
Ceridian Corporation
Charles Brooks
Chicago Classic Coach, LLC
Chicago Motor Coach, Inc.
ChoicePoint Services, Inc.
Coach Leasing, Inc.
Coral Energy Canada, Inc.
Courtesy Corporation
Creative Mobile Interiors, Inc.
Cummins West, Inc.
Cummins, Inc.
Detroit Diesel Corporation
Detroit Diesel Overseas Distribution Corporation
Direct Transport
Dupont Canada Performance Coatings
Fifth Third Bank
Florida Trails, Inc.
Geo Tours, Inc.
Golden Memories Transportation Inc.
Green's Travel Coach, LLC
GWJ Enterprises, Inc.
Joseph T. Ryerson & Son, Inc.
Lazaro Gomez
Lee Pope & Donald Pope
Miles Away Charter, LLC
Morris & Margaret Clark
Navasard Mejlumyan
NCA Capital LLC
Patriot Coach Lines, Inc.

10

Perry Wayne Freeman
Pilgrim Travel and Tours, Inc.
Pyles Travel Coaches, LLC
Richard L. Macy
Ronald Jenkins
Ryerson Canada, Inc.
S and W Tours & Charters, LLC
San Antonio City Tours, Ltd.
Serendipity Land Yachts, Ltd.
SFO Airporter, Inc.
SmarTire Supply Ltd.
Teen Mania Ministries, Inc.
Transportes Chihuahua, Ltd.
Transportes Ejecutivos De Occidente, Inc.
Transportes Juventino Rosas, Inc.
Travel Mates of Virginia, Incorporated
Trelleborg Industrial AVS USA, Inc.
Trinity Ministry of Helps, Inc.
Turbo Images
USASIA Casino Tours/Entertainment, Inc.
Victor Y. Alvandi
Wessinger, LLC
Western Trails Charters & Tours LLC
ZF Friedrichshafen AG
ZF Industries, Inc.

11

## Insurance Providers

ACE INA Insurance
AFCO Premium Credit LLC
AIG Excess Casualty
Allianz Global Risks US Insurance Company
Allied World Assurance Company
American Home Assurance Company
Arch Specialty Insurance Company
Axis Reinsurance Company
Beazley Insurance Company, Inc.
Chubb Atlantic Indemnity, Ltd.
Chubb Specialty Insurance
Endurance Specialty Insurance, Ltd.
Federal Insurance Company
First Specialty Insurance Corporation
Global Risks US Insurance Company
Hartford Fire Insurance Company
Lexington Insurance Company
Lloyd's/Marsh USA, Inc.
Marsh USA, Inc.
Max Bermuda Insurance, Ltd.
Max Re, Ltd.
National Fire Insurance Company of Pittsburgh, PA
Newmarket Underwriters Insurance Company
Philadelphia Indemnity Insurance Company
Professional Indemnity Agency, Inc.
Scottsdale Insurance Company
Specialty Risk Services, LLC
SR International Business Insurance Company
Starr Excess Liability Insurance International, Ltd.
The Hartford
Twin City Fire Insurance Company
Zurich American Insurance Company

12

## Significant Customers

A Plus National Management, LLC
Academy Bus
Arrow Stage Lines
Autobuses Ejectivos LLC
Bauer's Limousine Service, Inc.
Bestway Coach Express
California DOC
City of Antelope Valley
City of Cleveland
City of Houston
City of San Bernadino
City of San Diego
City of San Joaquin
City of Westmoreland
Cline Tours
Coach America
Coach Leasing
Coach USA
CUSA PRTS LLC
Delta Bus
Destination Adventures, LLC
Dillon's Bus Service
FH Family LP
First Priority Trailways
FMH Leasing
Four Seasons Leasing, Inc.
Fox Bus Lines, Inc.
General Services Administration – Bureau of Prisons
GEO Group, Inc.
Go Transit
Greyhound Lines, Inc.
Gwinnett County Department of Transportation
Hotard Coaches, Inc.
Huskey Bus & Transportation Services, Inc.
INEEL/Key Government Finance
Jefferson Lines
Kobussen Buses, Ltd.
LA County Sheriff
Lakefront Lines
Loudoun County
Mid-American Coaches, Inc.
Nevada DOC
New Jersey Transit Corporation "NJT"

13

New York City Transit Authority "NYCTA"
Paul Revere Transportation, LLC
Peter Pan Bus Lines, Inc.
Potomac & Rappahannock Transportation Commission
Rainbow Transportation Services, Inc.
Roaring Forks Transit Authority
Rockland County
Royal Coach
Serendipity Land Yachts, Ltd.
Sound Transit
Star Shuttle, Inc.
State of New Hampshire
The Free Enterprise System, Inc.
Trans America Coach, Inc.
University of South Alabama
University of the Incarnate Word
Vandalia Bus Lines, Inc.
Western Contra Costa Transit Authority

14

**<u>Significant Vendors</u>**

4CS
A D S Div Multina Composites
Accuride Corporation
Allison Transmission Division
Aluminum Co. Of America
Amerex Corporation
American Seating Company
Arow Global Inc.
Arvin Meritor
Asientos Vehiculares Astron
Automotion Shade/Silent Gliss
Baldwin Filters
Bendix
Bjornson Oil Company
Braun Corp.
Brock White Company
C.L. Malach Co. Ltd
Caprock Mfg Inc
Carrier Transicold
Caterpillar Inc.
Commercial Vehicle System
Cummins Engine Company
Cummins Filtration Inc
Design Intent Engineering, Inc
Detroit Diesel
DOGA Usa Corp.
Dura Automotive Systems
Eastside Industrial Ltd.
Eaton Corp Dana Clutch
Elo Engineering Inc.
Foley Power Systems
Forster Instruments Ltd.
Franklin Enterprises Ltd
G & M Gears International Ltd
Guardian-Flat Glass
Haldex Brake
Hamilton Sundstrand
Hypower Systems Inc.
I/O Controls Corporation
Industrial Rubber Supply
Interstate Assembly Systems
Interstate Diesel Fargo

15

Interstate Powersystems
John Crane Inc.
Johnson & Towers, Inc.
Johnson Welded Products
Kit Masters Inc.
Koch Stainless Products
Linning Corporation
Luminator Mass Transit
Mackow Industries
Mark IV Transportation
Maron Products Inc.
Marsh Electronics
Maxion Structural Components
Mgm Brakes Parts Dist Center
Michelin Tire Corporation
Mikalor Inc
Mobile Climate Control Inc
Modine Manufacturing Co
Motion Industries Inc
Oneil & Associates
Parker Hannifan Corp
Plast O Foam
Premier Packaging
Refron, Inc.
Reliance Motor Products
Ricon Corporation
Ritz Machine Works Inc
Rocore Thermal Systems
Romeo-Rim Inc.
Ryerson Canada Inc
Sardo Bus Company
Se-Gi Products, Inc.
SKF Lubrication Solutions
Smartire Usa Inc
State Industries Ltd
Sunsource
Supply Technologies
Teleflex Ecotrans Technologies
Tenneco Automotive O.E.
Thermo King Of Pittsburgh
Thermopol, Inc.
Thor Manufacturing Ltd
Timken Corporation
Toromont Industries Ltd.
Truck Lite Co. Inc.
TRW Commercial Steering

16

Vansco Electronics LP
Veyance Technologies, Inc.
Webasto Product North America
Webb Wheels Products Inc
Weisgram Metal Fab, Inc.
Williams Controls Inc.
Winnipeg Pattern Model
ZF Lemforder Corp
ZF Sales & Service N. America LLC
ZF Steering Systems, LLC

RLF1-3321570-2

## Utilities

ALLTEL
Amerigas
AT&T
Atlantic City Electric
Atmos Energy
Benefax, Inc.
Border States Electric
Call Tele, Inc.
Carousel Industries, NICOM Div.
CDW Direct, LLC
Centurytel
Cingular Wireless
City of Lebanon Utilities
Comcast
Comed
Dish Network
Dominion East Ohio
Embarq
Excel Answering Service, Inc.
Free-Mar Telecommunications
Frontier Communications
Genesys Conferencing
GFTAS
GHA Technologies, Inc.
Gibson Electric & Technology
Hello Direct, Inc.
Intercall
Land & C Communications
LG&E - Louisville Gas & Electric
MAD Communications LLC
Metrocast
Micro-Tel, Inc.
New Jersey American Water
Nexxtworks
NICOR Gas
Offis Communications
Ohio Edison
Orlando Utilities Commission
Otter Tail
Pembina City Office
Polar Communications
PSE&G
Qwest Communications

18

Replenex
RL Telecommunications
Safety-Kleen Corporation
South Jersey Gas
Southern California Edison
TDS Telecom
Telcom Solutions
The Phone Guy
Time Warner
Union Communications
Verizon Wireless
Village of Loudonville
Voice & Data Networks, Inc.
Waste Management, Inc.
Water & Wastewater Authority

RLF1-3321570-2

# SCHEDULE 2

# CHANIN CAPITAL PARTNERS

## CONFLICT CHECK

| PARTY IN INTEREST | RELATIONSHIP TO CHANIN |
|---|---|
| | |
| AIG Excess Casualty (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Alltel | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| AT&T, Cingular (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Bank of New York | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Cerberus Capital Management, L.P. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Citibank, N.A. (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Cummins West, Inc., Cummins, Inc., Cummins Engine Company, Cummins Filtration, Inc. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Deloitte & Touche LLP, Deloitte Tax LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Detroit Diesel Corporation, Detroit Diesel Overseas Distribution Corporation | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Dura Automotive Systems | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. Chanin acted as financial advisor to the UCC in this company's chapter 11 case. |
| Dykema Gossett PLLC | Working or worked with or against on other engagements in wholly unrelated matters. |
| GE Capital Fleet Services, General Electric Capital Corporation (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Goldman Sachs Credit Partners, L.P. (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Highland CR Strategies Fund, Highland Distressed Opportunities (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |

| | |
|---|---|
| HSBC, as Indenture Trustee (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Hunton & Williams | Working or worked with or against on other engagements in wholly unrelated matters. |
| Jefferies Buckeye Master Fund (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Jenkins & Gilchrist | Working or worked with or against on other engagements in wholly unrelated matters. |
| KPMG Cardenas Dosal, S.C., KPMG LLP (or related entities) | Working or worked with or against on other engagements in wholly unrelated matters. |
| Locke Liddell & Sapp LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Marathon Structured Finance Fund, L.P. (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Merrill Lynch Capital Services, Inc. (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Nelson Mullins Riley & Scarborough, L.L.P. | Working or worked with or against on other engagements in wholly unrelated matters. |
| Skadden, Arps, Slate, Meagher & Flom | Working or worked with or against on other engagements in wholly unrelated matters. |
| The Bank Of New York Trust Company, N.A. (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Verizon Wireless (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Watershed Capital Inst. Partners, Watershed Capital Partners Offshore, Watershed Capital Partners, L.P. (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Wells Fargo Foothill LLC (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Winston & Strawn | Working or worked with or against on other engagements in wholly unrelated matters. |

**DUFF & PHELPS (PARENT COMPANY OF CHANIN CAPITAL PARTNERS)**

**CONFLICT CHECK RESULTS**

Duff & Phelps has active engagements with the following entities (or a related entity):

AIG Excess Casualty
Alcoa
Alltel
AT&T, Cingular Wireless
Centurytel
Cerberus Capital Management
Citibank, N.A.
Comcast
Dykema Gossett PLLC
Eaton Corp Dana Clutch
Fasken Martineau DuMoulin LLP
GE Capital Fleet Services, General Electric Capital Corporation
Hamilton Sunstrand
KPMG Cardenas Dosal, S.C., KMPG LLP
Locke Liddell & Sapp LLP
Mark IV Transportation
McDermott & Company
Robinson & Cole LLP
Safety-Kleen Corporation
Seyfarth Shaw
Skadden Arps Slate Meagher & Flom
Time Warner
Tucker Ellis & West LLP
Verizon Wireless
Winston & Strawn
Zurich American Insurance Company

Duff and Phelps has recent (within the last 5 years) or current client relationships with the following entities (or a related entity):

ABN Amro Bank, N.V.
Accuride Corporation
AIG Excess Casualty
Alcoa, Aluminum Company of America

Alltel
American Express
AT&T, Cingular Wireless
Atmos Energy
Bear Stearns Investment Products
Caterpillar
CDW Direct LLC
Centurytel
Cerberus Capital Management
Chubb Atlantic Indemnity, Chubb Specialty Insurance
Citibank, N.A. (incl. Citigroup engagements)
Comcast
ComEd
Cummins West, Inc., Cummins, Inc.
Deloitte & Touche LLP
Dominion East Ohio
Dupont Canada Performance Coatings
Dykema Gossett PLLC
Eaton Corp Dana Clutch
Forster Instruments Ltd.
GE Capital Fleet Services, General Electric Capital Corporation
Genesys Conferencing
Goldman Sachs Credit Partners L.P.
Hamilton Sunstrand (Pratt & Whitney engagement)
HSBC, as Indenture Trustee
Hunton & Williams
Jefferies Buckeye Master Fund
Jenkins & Gilchrist
KPMG Cardenas Dosal, S.C., KMPG LLP
Littler Mendelson
Locke Liddell & Sapp LLP
Mark IV Transportation
McDermott & Company
MCI Financial Services, Inc, et al.
Merrill Lynch Capital Services (incl. GreatBanc, BlackRock engagements)
Modine Manufacturing Co.
Nelson Mullins Riley & Scarborough
ONeil & Associates
Orix Finance Corporation
Qwest Communications
Ryerson Canada, Inc.
Seyfarth Shaw
Shook Hardy and Bacon LLP
Skadden Arps Slate Meagher & Flom
Teleflex Ecotrans Technologies
Textron Financial Corporation

Transwestern Investment Corporation
Travelers Casualty & Surety (incl. Everest engagement)
TRW Commercial Steering
Verizon Wireless
Watershed Capital Inst. Partners, Watershed Capital Partners, L.P.
Wells Fargo Foothill LLC
Winston & Strawn
Zurich American Insurance Company